## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN WAYNE CESSNA,** : | CIVIL NO. 3:14-CV-0361 |
| **Plaintiff** : | |
| : | (Judge Munley) |
| v. : | |
| **ROBIN M. LEWIS, et al.,** : | |
| **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 23rd day of March 2015, upon consideration of defendants' motion (Doc. 18) to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), it is hereby **ORDERED** that:

1. Defendants' motion (Doc. 18) is GRANTED. The complaint (Doc. 1) is DISMISSED in its entirety.

2. The Clerk of Court is directed to CLOSE this case.

                                                  **BY THE COURT:**

                                                **s/James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**